

# Fourth Court of Appeals
## San Antonio, Texas

Monday, April 6, 2015

No. 04-14-00761-CR

David **CHARLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5564
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

On January 29, 2015, this Court granted Appellant's counsel's motion for a 30-day extension of time to file appellant's brief, extending the deadline to March 2, 2015. Counsel filed a second motion requesting another 30-day extension of time, which this Court granted in part, extending the deadline to March 16, 2015. Counsel then file a third motion for extension of time, requesting extension to Friday, April 3, 2015. This Court granted appellant's third motion for extension of time and expressly cautioned that due to the multiple extensions, no further extensions would be granted. However, counsel, again requests an open-ended extension of time to 30 days from the date of supplementation of the record.

Counsel seeks extension in this request based upon an inadvertent failure to ensure certain documents were included in the clerk's record. While indicating she is in possession of such documents, counsel does not indicate why the filing of the appellant's brief must await supplementation of the record. This Court finds no reason why the filing of appellant's brief is predicated upon certain records being included in the appellate record.

Although appellant's counsel indicates other reasons for extension, she was cautioned that no further extensions will be granted. Because the record may be supplemented at any time to ensure it includes all relevant and important documents and because this Court cautioned counsel that no further extensions of time will be granted, this Court will not allow such an open-ended request for extension of time.

To allow counsel some time to file appellant's brief in this criminal case, appellant's fourth motion for extension of time is GRANTED IN PART. **We, therefore, ORDER appellant's counsel to electronically file appellant's brief on or before Monday, April 13, 2015.** *See*

**TEX. R. APP. P. 9.2(c)(4). NO EXTENSIONS WILL BE GRANTED. If counsel fails to file appellant's brief in Appeal No. 04-14-00761-CR as ordered, she will be ordered to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned.**

**The clerk of this court shall cause a copy of this order to be served on NANCY BAROHN by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court